AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

United States of America
v
JOSE J. ASTACIO

**APPEARANCE**

Case Number: 1:08MJ121A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Astacio

I certify that I am admitted to practice in this court.

8-18-08
Date

Signature

JOHN J. BEVILACQUA 0420
Print Name Bar Number

380 Broadway
Address

Prov. RI 02909
City State Zip Code

274-7444 2745566
Phone Number Fax Number