IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 08 78 ML

UNITED STATES OF AMERICA )
) Cr.No.
)
Vs. ) In violation of 21 U.S.C. § 846
)
JOSE J. ASTACIO, a/k/a Joel )

FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about August 17, 2008, in the District of Rhode Island and elsewhere, the defendant, JOSE J. ASTACIO, a/k/a Joel, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with intent to distribute in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A);

all in violation of 21 U.S.C. § 846.

COUNT II

On or about August 17, 2008, in the District of Rhode Island, the defendant, JOSE J. ASTACIO, a/k/a Joel, did knowingly and intentionally attempt to possess with intent to

distribute in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2;

all in violation of 21 U.S.C. § 846.

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

Stephen G. Dambruch
Assistant U.S. Attorney

Luis M. Matos
First Assistant U.S. Attorney

Dated: 08/20/08